```
                                    United States Bankruptcy Court
                                      Eastern District of New York

In re:                                                                                  Case No. 19-46144-cec
Kathleen Pignatelli                                                                     Chapter 7
        Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0207-1           User: csmall                Page 1 of 1                  Date Rcvd: Oct 11, 2019
                               Form ID: 263                Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             Kathleen Pignatelli,    354 Stewart Ave,    Staten Island, NY  10314-1936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              Alan   Nisselson    anisselson@windelsmarx.com,
               theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com
              Kevin    Zazzera     on behalf of Debtor Kathleen   Pignatelli kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                            TOTAL: 3
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 | **Kathleen Pignatelli** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court | **Eastern District of New York** |
| Case number: | **1−19−46144−cec** |

Social Security number or ITIN **xxx−xx−4214**

EIN  _ _−_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _

EIN  _ _−_ _ _ _ _ _ _

Date case filed for chapter  **7**  **10/10/19**

# NOTICE OF FAILURE TO PAY FILING FEES IN CONNECTION WITH ELECTRONICALLY FILED BANKRUPTCY PETITION

## NOTICE TO DEBTOR

**NOTICE IS HEREBY GIVEN THAT:**

The filing fee in the amount of $335.00 was not paid at the time of filing of the above−referenced bankruptcy case.

The fee must be paid in full within five (5) days of the date of this Notice, or your bankruptcy case may be dismissed.

Dated: October 11, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**blpff2**[Notice to Debtor Re: Failure to Pay Filing Fees Electronically rev. 06/16/17]